UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

|  |  |  |
|---|---|---|
| LAUREN BURCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 4:15-CV-86-FL |
| NC DEPARTMENT OF PUBLIC SAFETY; | ) | |
| STATE BUREAU OF INVESTIGATION | ) | |
| DIVISION; ALCOHOL LAW ENFORCEMENT | ) | |
| BRANCH; JOHN LEDFORD, individually and | ) | |
| in his official capacity as the Director of the | ) | |
| Division of ALE; MARK SENTER, individually | ) | |
| and officially as the Branch Head of the | ) | |
| NCDPS/ALE; KENDALL PIKE, individually | ) | |
| and in his official capacity as Assistant | ) | |
| Director of ALE; ROY COOPER, in his official | ) | |
| capacity as the Attorney General of North | ) | |
| Carolina; and NORTH CAROLINA | ) | |
| DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motion to dismiss, made pursuant to Federal Rule of Civil Procedure 12.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 19, 2016, and for the reasons set forth more specifically therein, that the defendants' motion to dismiss is granted, with respect to plaintiff's claims made pursuant to federal law and the U.S. Constitution. The court declines to exercise supplemental jurisdiction over plaintiff's remaining state law claims, and such remaining claims are REMANDED to the Superior Court of Carteret County, North Carolina.

**This Judgment Filed and Entered on January 19, 2016, and Copies To:**

Glenn A. Barfield; Hal F. Askins; and
Jennifer Joy Strickland  (via CM/ECF Notice of Electronic Filing)
The Honorable Pamela Hanson, Carteret County Clerk of Superior Court
    (via U.S. mail) 300 Courthouse Square, Beaufort, NC 28516


January 19, 2016                    JULIE RICHARDS JOHNSTON, CLERK
                                                /s/ Christa N. Baker
                                              (By) Christa N. Baker, Deputy Clerk